IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMIE HOFF ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: |
| ) | |
| NATIONAL HEALTHCARE ) | |
| COLLECTIONS, LLC ) | **JURY TRIAL DEMANDED** |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant National Healthcare Collections, LLC ("NHC") hereby removes this action from the 11th Judicial Circuit, St. Charles County, Missouri. As grounds for removal, NHC states as follows:

1. On August 13, 2012, Plaintiff filed a lawsuit captioned <u>Jamie Hoff v. National Healthcare Collections, LLC</u>, Case No. 1211-AC05815, in the 11th Judicial Circuit, St. Charles County, Missouri (the "State court action"). A true and correct copy of the Petition filed in the State court action and Associate Division Summons ("Summons") issued in the State court action are attached hereto as **Exhibit A**.

2. NHC was served a copy of the Petition and Summons on or after August 14, 2012. As is required by 28 U.S.C. § 1446(b), this Notice of Removal is filed within 30 days of service on NHC of the "Notice and Summons" and Plaintiff's initial pleading.

3. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon NHC in the State court action are attached hereto at **Exhibit A**.

4. Any civil action filed in a State court over which the federal district courts would have original jurisdiction may be removed. 28 U.S.C. § 1441(a).

SLC-6726349-1

5. The above-captioned case is removable because this Court has original subject matter jurisdiction on federal question grounds pursuant to 28 U.S.C. § 1331.

6. As is stated in Plaintiff's Petition, this case arises under federal law -- more particularly under the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et. seq.

7. Accordingly, this case can be properly removed to this Court pursuant to 28 U.S.C. § 1331 because federal question jurisdiction exists.

8. Under the provisions of 28 U.S.C. § 1441(a), the United States District Court for the Eastern District of Missouri is the federal court for the district and division embracing the place where the State court action is pending (*i.e.*, St. Charles County, Missouri).

9. NHC has complied with all applicable requirements of 28 U.S.C. § 1446 for removing this action, including giving written notice of the filing of this Notice of Removal to Plaintiff and filing a copy of the Notice of Removal with the clerk of the 11th Judicial Circuit, St. Charles County, Missouri.

WHEREFORE, Defendant NHC gives notice that this action is hereby removed from the 11th Judicial Circuit Court, St. Charles County, Missouri, to the United States District Court for the Eastern District of Missouri.

Respectfully Submitted,

HUSCH BLACKWELL LLP

/s/ Nathan D. Sturycz
Nathan D. Sturycz, #61744MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
Telephone:  314.480.1500
Fax:  314.480.1505
nathan.sturycz@huschblackwell.com
*Attorney for Defendant National Healthcare Collections, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 14, 2012, the foregoing was filed electronically with the Clerk of the Court and served by operation of the Court's electronic filing system, U.S. First Class Mail postage prepaid, to the following counsel of record:

Richard Anthony Voytas, Jr.
James W. Eason
Eason & Voytas, LLC
1 North Taylor Avenue
St. Louis, MO 63108

*Attorneys for Plaintiff*

/s/ Nathan D. Sturycz

SLC-6726349-1